UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:  GREGORY ARON BACH         :
                                  :
Debtor                            :    Case No.  25-15325 MCR
_____    :          Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Ira Shavel and Elena Kaczorowski, by and through counsel, Barkley & Kennedy, Chartered and Daniel M. Kennedy, III, creditors of the Debtor in the instant matter (hereinafter "Creditors"), submit the following Objection to Confirmation of Chapter 13 Plan, and in support thereof states as follows:

1. This matter is before the Court on a Petition for Relief filed under 11 U.S.C. Chapter 13 on or about June 11, 2025, by Debtor.

2. The Creditors entered into a several contracts for the build out by the Debtor of a "Sunroom" addition to their residence.

3. They paid the Debtor a total of $219,327 in 2023 and 2024 on the contracts prior to terminating the contracts due to Debtor's breach.

4. The Debtor is in possession of appliances and material that the Creditors paid for, which they own, as acknowledged by the Debtor's demand for the payment of storage fees by the Creditors for the ongoing storage of Creditors' appliances and material. Additional correspondence between the parties corroborates that the appliances and material are owned by the Creditors.

5. During the 341 Meeting of Creditors, Debtor acknowledged that he failed to answer questions #22 and #23 on the Statement of Financial Affairs truthfully.

6. With respect to #22, Debtor acknowledged that he had a facility at Squires Electric and Mechanical that he leased at the time of the bankruptcy filing.

1

7. With respect to #23, Debtor acknowledged that a Wolf Charbroiler Gas Grill purchased by the Creditors for $6455 was in his possession and that he had offered it for resale on Facebook Marketplace but was unsuccessful. The grill was purchased by Creditors from Chef's Deal Restaurant Equipment in April 2024 and was shipped directly to Debtor's shop at Squires Electric and Mechanical Inc.,1003 E. Oldtown Rd., Suite A, Cumberland, MD 20852. Debtor acknowledged that the grill is still where it had been delivered.

8. Further, Debtor failed to deny that he had substantial additional material at the storage facility that was owned by and belonged to the Creditors.

9. Moreover, Debtor acknowledged that he possessed a guitar owned by the Creditors that was not listed on his Schedules or Statement of Financial Affairs.

10. The Debtor's Chapter 13 Plan fails to address the turnover to Creditors of the property owned by them that remains in Debtor's possession.

11. Debtor makes no claim that the Creditors owe him any money, only that he has tools that he left at their residence when he ceased work on the contracts.

12. Further, Debtor's plan is not feasible as neither Form 122C-1 nor schedules I & J substantiate the ability of Debtor to fund his proposed Plan.

13. Debtor represents on Schedule I that there will be no change in his income in the next year, further supporting Creditors' contention that Debtor's Plan isn't feasible.

14. Moreover, given the deceptive representations of the Debtor in his Statement of Financial Affairs and Schedules, his Chapter 13 plan is not presented in good faith, exacerbated by the fact that he presents a Plan of only 36 months' duration.

15. Debtor's schedules and Form 122C-1 indicate that the Debtor has no disposable income or employment

16. Debtor has no ability to comply with and make all plan payments.

17. The action of the Debtor in filing the Petition for Relief was not in good faith.

18. Debtor's Plan fails to satisfy the requirements of Section 1325 of the Bankruptcy Code and should be denied without leave to amend.

WHEREFORE, Ira Shavel and Elena Kaczorowski, respectfully request that the Debtor's Chapter 13 Plan be denied without leave to amend, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BARKLEY & KENNEDY, CHARTERED**

By: /s/Daniel M Kennedy
DANIEL M. KENNEDY, III, ESQ.
51 Monroe Street, Suite 1407
Rockville, MD 20850
(301) 251-6600; (301) 762-2606 (Fax)
*dkennedy@barkenlaw.com*
*Attorney for Shazia Latif*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 6th day of August 2025, that a copy of the foregoing Objection to Confirmation of Chapter 13 Plan was mailed first-class mail, postage prepaid, and/or filed electronically via CM/ECF, to:

Terri Ann Lowery, Esq.
75 Greene Street
Cumberland, MD 21502

Gregory Aron Bach
120 Columbia Street
Cumberland, MD 21502

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dt., Suite 240
Annapolis, MD 21401

Office of the U.S. Trustee

3

6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

                                           s/    Daniel M Kennedy
                                           DANIEL M. KENNEDY, III, ESQ.