**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:  GREGORY ARON BACH | : |
| Debtor | : Case No.  25-15325 |
| | : Chapter 13 |
| IRA SHAVEL<br>And<br>ELENA KACZOROWSKI | : |
| Movants<br>vs. | : |
| GREGORY ARON BACH | : |
| Debtor/Respondent | : |

## ORDER MODIFYING STAY BY DEFAULT

Upon consideration of the Motion for Relief from Stay filed herein, and no responsive pleading being filed thereto by the debtor or the trustee within the time allotted, it is this day by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and the same is hereby GRANTED; and it is further

**ORDERED**, that the automatic stay is modified to allow the Movants, to proceed to litigate all issues related to ownership and possession of all materials supplies and appliances arising with respect to the Contract with the Debtor and to address their right to possession of the guitar, in the replevin proceedings *Ira Shavel et al v. Gregory Bach, Case #D-06-CV-25-011824*.

Copies to:

Gregory Aron Bach
120 Columbia Street
Cumberland, MD 21502

Terry Ann Lowery, Esq.
75 Greene St.
Cumberland, MD 21502

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Annapolis, MD 21401

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

## END OF ORDER