IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In Re: | |
| | |
| GREGORY ARON BACH | Case No: 25-15325 |
| | Chapter 13 |
| | |
| Debtors | Adversary Case No: 25-00279 |

**MOTION TO WITHDRAW AND STRIKE
APPEARANCE OF TERRI ANN LOWERY AS COUNSEL
FOR DEBTOR PURSUANT TO LOCAL RULE 9010-4(a)(2)**

COMES Debtor's counsel, Terri Ann Lowery and Trozzo & Lowery, LLC (collectively "Movants"), and in pursuit of an order withdrawing and striking the appearance of counsel and the law firm thereof as attorney for the Debtor, Gregory Aron Bach ("Debtor"), states as follows:

1. On September 23, 2025, Movant mailed a letter to Debtor notifying him of Movant's intent to withdraw as counsel and providing all notices required under Local Bankruptcy Rule 9010-4(a)(2) (the "Letter"). Movant certifies that the letter was mailed to Gregory Aron Bach via first class mail, postage pre-paid to his last known address 120 Columbia Street, Cumberland Maryland 21502. A copy of the Letter is attached hereto and incorporated herein as Exhibit A.

2. Counsel and her staff have attempted to contact Debtor by telephone and e-mail several times before and after the letter was sent.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court strike the appearance of Terri Ann Lowery and Trozzo & Lowery, LLC as attorney for the Debtor in the instant case.

        */s/ Terri Ann Lowery*
        Terri Ann Lowery
        Trozzo & Lowery, LLC
        75 Greene Street
        Cumberland, MD 21502
        Phone: (301) 759-4343
        Fax:   (301) 759-4378
        E-Mail: terri@trozzo.com
        Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Counsel's Motion to Withdraw and Strike Appearance will be served electronically by the Court's CM/ECF system on the following:

    Rebecca A. Herr, Chapter 13 Trustee
    Office of the U.S. Trustee

I HEREBY CERTIFY that on the 1st day of October, 2025, a copy of Counsel's Motion to Withdraw and Strike Appearance was also mailed first class mail, postage prepaid, to:

    Gregory Aron Bach
    120 Columbia Street
    Cumberland, MD 21502

        */s/ Terri Ann Lowery*
        Terri Ann Lowery