*Exhibit A*

# Trozzo & Lowery, LLC

**Attorneys At Law**
75 Greene Street
Cumberland, Maryland 21502
Telephone: (301) 759-4343

Terri Ann Lowery
*(Admitted in MD and WV)*

Facsimile: (301) 759-4378

William J. Trozzo,
*of Counsel*

September 23, 2025

Gregory Bach
120 Columbia Street
Cumberland, MD 21502

Dear Mr. Bach:

Please be advised that I intend to withdraw my appearance in your bankruptcy case as of September 30, 2025. We have unsuccessfully tried to contact you requesting necessary information.

The trustee has continued the confirmation hearing until November 12, 2025 and given us a deadline to file an amended plan by October 7, 2025. I cannot amend your plan without ALL the information requested in my email to you dated September 17, 2025. I have attached a list of the information needed. I intend to file a Motion to Withdraw on September 30, 2025 if I do not receive ALL of the information before September 30, 2025.

By not communicating with me and failing to provide information, you have put me in a position where I cannot adequately represent you. You should either obtain new counsel to enter an appearance in your case or advise the Clerk of the Bankruptcy Court that you will be proceeding without an attorney.

Very truly yours,
Trozzo & Lowery, LLC

Terri Ann Lowery, Esquire