Entered: November 5th, 2025
Signed: November 4th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25−15325 − MCR**    Chapter: **13**    Doc No.: **20**

**GREGORY ARON BACH,**
Debtor

IRA SHAVEL & ELENA KACZOROWSKI,
Movants

vs.

GREGORY ARON BACH,
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel – D. Kennedy
      T. Lowery
      Case Trustee – Rebecca A. Herr

**End of Order**

37x03 (rev. 12/03/1997) – JWhitfield